**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WEST 16TH STREET OWNER LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3313530 |

4. **Debtor's address**

**Principal place of business**

**125 West 16th Street
New York, NY 10011**
Number, Street, City, State & ZIP Code

**New York**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **WEST 16TH STREET OWNER LLC**                              Case number *(if known)* _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Southern District of New York** | When | **3/06/15** | Case number | **15-10515-jlg** |
| | District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | | | Relationship | |
| | District | | When | | Case number, if known | |

---

Debtor   **WEST 16TH STREET OWNER LLC**                                    Case number *(if known)*
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐**■** No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**■  Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐**■** Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐**■** 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐**■** $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐**■** $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **WEST 16TH STREET OWNER LLC**                                          Case number (*if known*) _____
          Name

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 28, 2017**
              MM / DD / YYYY

**X** **/s/ Richard Cohn**                                      **Richard Cohn**
Signature of authorized representative of debtor               Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ A. MITCHELL GREENE**                    Date  **September 28, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 603-6300**        Email address _____

Bar number and State

Debtor   **WEST 16TH STREET OWNER LLC**
Name                                                                                              Case number (*if known*)

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor | **444 East 13 LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **7/21/17** | Case number, if known | | **17-23143-rdd** |
| Debtor | **AC I Manahawkin LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **6/04/14** | Case number, if known | | **14-22793-rdd** |
| Debtor | **AC I Toms River LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **1/08/16** | Case number, if known | | **16-22023-rdd** |
| Debtor | **BCH CAPITAL LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **3/15/17** | Case number, if known | | **17-22384-rdd** |
| Debtor | **CYPRESS WAY LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **3/15/17** | Case number, if known | | **17-22383-rdd** |
| Debtor | **E. 10TH ST. HOLDINGS LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **7/21/17** | Case number, if known | | **17-23142-rdd** |
| Debtor | **E. 9TH ST. HOLDINGS LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **7/21/17** | Case number, if known | | **17-23141-rdd** |
| Debtor | **EAST VILLAGE PROPERTIES LLC, et al.** | | | Relationship to you | | **Affiliates** |
| District | **Southern District of New York** | When | **3/28/17** | Case number, if known | | **17-22453-rdd** |
| Debtor | **Romad Realty Inc.** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **9/28/15** | Case number, if known | | **15-20007-rdd** |
| Debtor | **WEST 41 PROPERTY LLC** | | | Relationship to you | | **Affiliate** |
| District | **Southern District of New York** | When | **3/25/16** | Case number, if known | | **16-22393-rdd** |

**Fill in this information to identify the case:**

Debtor name    **WEST 16TH STREET OWNER LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __September 28, 2017__        X **/s/ Richard Cohn**
                                            Signature of individual signing on behalf of debtor

                                            **Richard Cohn**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                        Chapter 11

**WEST 16TH STREET OWNER,**                                   Case No.

                           Debtor.
--------------------------------------------------------X


## <u>CERTIFICATION OF RESOLUTION</u>

I, the undersigned, Richard Cohn, as manager of West 16th Street Owner (the

"Company"), do hereby certify that at a meeting of the Company duly called and held on

**September 28, 2017**, the following resolutions were adopted and recorded in the Minute Book

of the Company, and they have not been modified or rescinded, and are still in full force and

effect:

> **"RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, partners and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> **"RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Richard Cohn as manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

> **"RESOLVED,** that Richard Cohn as manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

{00887676.DOC:2 }

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this

 **28**th day of **September, 2017**.

**West 16th Street Owner**

**By:/s/ Richard Cohn**_____
**Richard Cohn**
**Manager**

**Fill in this information to identify the case:**

Debtor name    **WEST 16TH STREET OWNER LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.............................................................................................   $    **40,000,000.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..........................................................................................   $    **0.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................................   $    **40,000,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **36,443,176.72**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$    **547,866.68**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                      $    **36,991,043.40**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **WEST 16TH STREET OWNER LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Bridgehampton National Bank**<br>**2200 Montauk Hwy**<br>**Box 3005**<br>3.1.   **Bridgehampton, NY 11932** | **Operating** | **0861** | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$0.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **WEST 16TH STREET OWNER LLC**                     Case number *(If known)* _____
           Name

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

�■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

�■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Building located at 125 West 16th Street, NY, NY** | Ownership | Unknown | | $40,000,000.00 |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $40,000,000.00 |

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor      **WEST 16TH STREET OWNER LLC**                                    Case number *(If known)* _____
              Name

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **WEST 16TH STREET OWNER LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................................> | | $40,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $40,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $40,000,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **WEST 16TH STREET OWNER LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **125 WEST 16TH STREET LLC** | | $35,919,059.74 | $40,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o KRISS & FEUERSTEIN LLP**
**360 Lexington Ave., Suite 1200**
**New York, NY 10017**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Building located at 125 West 16th Street, NY, NY**

**Describe the lien**
**Mortgage and Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | **NYC DEPARTMENT OF FINANCE** | | $497,246.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 680**
**Newark, NJ 07101-0680**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Real Estate Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **WEST 16TH STREET OWNER LLC**                    Case number (if know) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| 2.3 | **NYC Water Board** | Describe debtor's property that is subject to a lien | $26,870.98 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O.Box 11863**
**Newark, NJ 07101-8163**

Creditor's mailing address

Describe the lien
**Real Estate Taxes**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $36,443,176. 72 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **NYC DEPT. OF FINANCE** **345 ADAMS STREET, 3RD FL.** **ATTN:  LEGAL AFFAIRS** **Brooklyn, NY 11201** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name   **WEST 16TH STREET OWNER LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**All Boro Consulting LLC**<br>**123 South 8 Street**<br>**# 101**<br>**Brooklyn, NY 11211**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $250.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**B P Elevator Co,**<br>**1400 Parker Street**<br>**Bronx, NY 10462**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,428.63 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Belkin Burden Wenig & Goldman,**<br>**270 Madison Avenue**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,982.76 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**CDP Contractors, LLC**<br>**1005 East 29th Street**<br>**11210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $400,000.00 |

| Debtor | **WEST 16TH STREET OWNER LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$536.21** |
|---|---|---|---|

**Enterprise Service Group NY, L**
**750 3rd Ave**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261.30** |
|---|---|---|---|

**Global Pest Control**
**382A Route 59**
**Suite 105**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,225.00** |
|---|---|---|---|

**Hansen Law LLC**
**[Need Address]**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$816.56** |
|---|---|---|---|

**Homeland Surveillance**
**715 E 7th Street**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.00** |
|---|---|---|---|

**Jack Jaffa & Associates Corp.**
**Real Estate Consultants**
**147 Prince Street**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**NRAI, Inc.**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.62** |
|---|---|---|---|

**Platinum Supplies**
**1825 65th Street**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **WEST 16TH STREET OWNER LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.19 |
|---|---|---|---|

**Professional Intelligence Agen**
265 Jericho Turnpike, 2nd Fl
Floral Park, NY 11001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.80 |
|---|---|---|---|

**Rosewood Fire Equipment Compan**
2042 Wantagh Avenue
Wantagh, NY 11793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.38 |
|---|---|---|---|

**Statewide Supply LLC**
627 Diane Place
Valley Stream
Valley Stream, NY 11581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122,000.00 |
|---|---|---|---|

**Tersigni Palachek LLC**
141 Washington Spring Road
Palisades, NY 10964-1613

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,225.23 |
|---|---|---|---|

**United Metro Energy**
P.O.Box 419212
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 547,866.68 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 547,866.68 |

**Fill in this information to identify the case:**

Debtor name    **WEST 16TH STREET OWNER LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement dated September 20, 2017** |
| State the term remaining | **AAK ACQUISITIONS LLC** |
| List the contract number of any government contract | **150 Broadway, Suite 900** |
| | **New York, NY 10038** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **American Quality Construction** |
| List the contract number of any government contract | **125 West 16th Street** |
| | **New York, NY 10011** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **Bruno, PJ** |
| List the contract number of any government contract | **125 West 16th Street** |
| | **Unit 134** |
| | **New York, NY 10011** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| State the term remaining | **Conde, Luis & Maria** |
| List the contract number of any government contract | **125 West 16th Street** |
| | **Unit 142** |
| | **New York, NY 10011** |

Debtor 1    **WEST 16TH STREET OWNER LLC**                                    Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Cooper, Barron<br>125 West 16th Street<br>Unit 151<br>New York, NY 10011 |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Durham, Bernard<br>125 West 16th Street<br>Unit 115<br>New York, NY 10011 |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Ferdenzi, Ines<br>125 West 16th Street<br>Unit 156<br>New York, NY 10011 |
| | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Frauenglass, Joan<br>125 West 16th Street<br>Unit 114<br>New York, NY 10011 |
| | List the contract number of any government contract | _____ | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Galembo, Phyllis<br>125 West 16th Street<br>Unit 140<br>New York, NY 10011 |
| | List the contract number of any government contract | _____ | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Haberstroh, Stephen<br>125 West 16th Street<br>Unit 125<br>New York, NY 10011 |
| | List the contract number of any | | |

Debtor 1   **WEST 16TH STREET OWNER LLC**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

<br>

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract _____ | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Jones, Linda |
| | List the contract number of any government contract _____ | | 125 West 16th Street Unit 147 New York, NY 10011 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Katz, Richard |
| | List the contract number of any government contract _____ | | 125 West 16th Street Unit 162 New York, NY 10011 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Mendell, Judith |
| | List the contract number of any government contract _____ | | 125 West 16th Street Unit 155 New York, NY 10011 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Morgillo, Doreen |
| | List the contract number of any government contract _____ | | 125 West 16th Street Unit 112 New York, NY 10011 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | Pozo, Eva & Miguel |
| | List the contract number of any government contract _____ | | 125 West 16th Street Unit 127 New York, NY 10011 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | Stiefel-Conta, Christina 125 West 16th Street Unit 165 New York, NY 10011 |
|---|---|---|---|

Debtor 1   **WEST 16TH STREET OWNER LLC**                                    Case number *(if known)* _____
           First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract         _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|

State the term remaining

List the contract number of any
government contract         _____

**Tony Rivera**
**125 West 16th Street**
**Unit Basement**
**New York, NY 10011**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|

State the term remaining

List the contract number of any
government contract         _____

**Toth, Luann**
**125 West 16th Street**
**Unit 131**
**New York, NY 10011**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|

State the term remaining

List the contract number of any
government contract         _____

**Vals, Richard**
**125 West 16th Street**
**Unit 157**
**New York, NY 10011**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
|---|---|---|

State the term remaining

List the contract number of any
government contract         _____

**Wheatley, Anna**
**125 West 16th Street**
**Unit 132**
**New York, NY 10011**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **WEST 16TH STREET OWNER LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Raphael Toledano** | **1030 Neilson Street Apt. 22 Far Rockaway, NY 11691 Conditional Guarantee** | **125 WEST 16TH STREET LLC** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

# United States Bankruptcy Court
## Southern District of New York

In re   **WEST 16TH STREET OWNER LLC** _____

Debtor(s)    Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 28, 2017** _____

**/s/ Richard Cohn** _____

**Richard Cohn**/**Manager**
Signer/Title

125 WEST 16TH STREET LLC
C/O KRISS & FEUERSTEIN LLP
360 LEXINGTON AVE., SUITE 1200
NEW YORK, NY 10017

AAK ACQUISITIONS LLC
150 BROADWAY, SUITE 900
NEW YORK, NY 10038

ALL BORO CONSULTING LLC
123 SOUTH 8 STREET
# 101
BROOKLYN, NY 11211

AMERICAN QUALITY CONSTRUCTION
125 WEST 16TH STREET
NEW YORK, NY 10011

B P ELEVATOR CO,
1400 PARKER STREET
BRONX, NY 10462

BELKIN BURDEN WENIG & GOLDMAN,
270 MADISON AVENUE
NEW YORK, NY 10016

BRUNO, PJ
125 WEST 16TH STREET
UNIT 134
NEW YORK, NY 10011

CDP CONTRACTORS, LLC
1005 EAST 29TH STREET
11210

CONDE, LUIS & MARIA
125 WEST 16TH STREET
UNIT 142
NEW YORK, NY 10011

COOPER, BARRON
125 WEST 16TH STREET
UNIT 151
NEW YORK, NY 10011

DURHAM, BERNARD
125 WEST 16TH STREET
UNIT 115
NEW YORK, NY 10011


ENTERPRISE SERVICE GROUP NY, L
750 3RD AVE
BROOKLYN, NY 11232


FERDENZI, INES
125 WEST 16TH STREET
UNIT 156
NEW YORK, NY 10011


FRAUENGLASS, JOAN
125 WEST 16TH STREET
UNIT 114
NEW YORK, NY 10011


GALEMBO, PHYLLIS
125 WEST 16TH STREET
UNIT 140
NEW YORK, NY 10011


GLOBAL PEST CONTROL
382A ROUTE 59
SUITE 105
MONSEY, NY 10952


HABERSTROH, STEPHEN
125 WEST 16TH STREET
UNIT 125
NEW YORK, NY 10011


HANSEN LAW LLC
[NEED ADDRESS]


HOMELAND SURVEILLANCE
715 E 7TH STREET
BROOKLYN, NY 11218


JACK JAFFA & ASSOCIATES CORP.
REAL ESTATE CONSULTANTS
147 PRINCE STREET
BROOKLYN, NY 11201

```
JONES, LINDA
125 WEST 16TH STREET
UNIT 147
NEW YORK, NY 10011


KATZ, RICHARD
125 WEST 16TH STREET
UNIT 162
NEW YORK, NY 10011


MENDELL, JUDITH
125 WEST 16TH STREET
UNIT 155
NEW YORK, NY 10011


MORGILLO, DOREEN
125 WEST 16TH STREET
UNIT 112
NEW YORK, NY 10011


NRAI, INC.
PO BOX 4349
CAROL STREAM, IL 60197-4349


NYC DEPARTMENT OF FINANCE
P.O. BOX 680
NEWARK, NJ 07101-0680


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


NYC WATER BOARD
P.O.BOX 11863
NEWARK, NJ 07101-8163


PLATINUM SUPPLIES
1825 65TH STREET
BROOKLYN, NY 11204


POZO, EVA & MIGUEL
125 WEST 16TH STREET
UNIT 127
NEW YORK, NY 10011
```

PROFESSIONAL INTELLIGENCE AGEN
265 JERICHO TURNPIKE, 2ND FL
FLORAL PARK, NY 11001


RAPHAEL TOLEDANO
1030 NEILSON STREET
APT. 22
FAR ROCKAWAY, NY 11691


ROSEWOOD FIRE EQUIPMENT COMPAN
2042 WANTAGH AVENUE
WANTAGH, NY 11793


STATEWIDE SUPPLY LLC
627 DIANE PLACE
VALLEY STREAM
VALLEY STREAM, NY 11581


STIEFEL-CONTA, CHRISTINA
125 WEST 16TH STREET
UNIT 165
NEW YORK, NY 10011


TERSIGNI PALACHEK LLC
141 WASHINGTON SPRING ROAD
PALISADES, NY 10964-1613


TONY RIVERA
125 WEST 16TH STREET
UNIT BASEMENT
NEW YORK, NY 10011


TOTH, LUANN
125 WEST 16TH STREET
UNIT 131
NEW YORK, NY 10011


UNITED METRO ENERGY
P.O.BOX 419212
BOSTON, MA 02241


VALS, RICHARD
125 WEST 16TH STREET
UNIT 157
NEW YORK, NY 10011

WHEATLEY, ANNA
125 WEST 16TH STREET
UNIT 132
NEW YORK, NY 10011